1  JONATHAN SHUB (SBN 237708)
   jshub@seegerweiss.com
2  **SEEGER WEISS LLP**
   1515 Market Street, Suite 1380
3  Philadelphia, PA 19107
   Phone: (215) 564-2300
4  Fax      (215) 851-8029

5  Attorneys for plaintiff Adam Nelson

6  MATTHEW G. BALL (SBN 208881)
   matthew.ball@klgates.com
7  **K&L GATES LLP**
   55 Second Street, Suite 1700
8  San Francisco, California  94105-3493
   Telephone: (415) 882-8200
9  Facsimile: (415) 882-8220

10 Attorneys for defendant Guild Mortgage
   Company

11 [Additional counsel on signature page]

12

13                UNITED STATES DISTRICT COURT

14           FOR THE EASTERN DISTRICT OF CALIFORNIA

15                      FRESNO DIVISION

16

17 ADAM NELSON, individually and behalf of all        Case No. 08-cv-00678-OWW-GSA
   others similarly situated,

18                          Plaintiff,

19 vs.
                                                       **STIPULATED E-DISCOVERY PROTOCOL**
20 GUILD MORTGAGE COMPANY, and DOES 1
   through 10, inclusive,

21                          Defendants.

22

23

24

25

26

27

28

---

**STIPULATED E-DISCOVERY PROTOCOL**        1        **Case No. 08-cv-00678-OWW-GSA**

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff ADAM NELSON and defendant GUILD MORTGAGE COMPANY have agreed that the following protocol shall apply to the production of documents existing in electronic form by defendant:

1.    **General.**  All documents that originally existed in native electronic form that are produced by defendant in this action shall be produced in electronic image form in the manner provided herein.  Each document's electronic image shall convey the same information and image as the original document. Documents that present imaging or formatting problems shall be promptly identified by the receiving party; the parties shall meet and confer to attempt to resolve the problems.

2.    **Documents in Fixed Tangible Form.**  All electronically stored information ("ESI") that exists in fixed tangible form, including emails, email attachments, word processing documents (e.g., Word, Word Perfect, etc.), presentation documents (e.g., PowerPoint, Presentations, etc.), PDF documents, TIFF documents and other complete expressions fixed in a tangible document form shall be saved electronically (or "printed") in a single page tagged image file format ("TIFF") image that reflects how the source document would have appeared if printed out to a printer attached to a computer viewing the file.  Agreed metadata i.e., data describing the electronic files, such as "date last modified" should be produced in a text format linked to the associated files.  Email attachments shall be ordered to immediately follow the email to which each is attached.   Defendant shall produce a "load file" to accompany the images, which load file shall facilitate the use of the produced images by a document management or litigation support database system and shall identify document breaks for each document.  The parties shall meet and confer to the extent reasonably necessary to agree to metadata fields that will be produced and to facilitate the import and use of the produced materials with commercially available document management or litigation support software.

3.    **Document Unitization.**  Each page of a document produced under paragraph 2 above shall be electronically saved into a separate image file.  If a document is more than one page, the order of the images constituting the document and any attachments and/or affixed notes shall be maintained as it existed in the original when creating the image file.

PDF created with pdfFactory trial version www.pdffactory.com

**4.** **Color.** If an original document contains color, the parties shall meet and confer regarding whether there is a reasonable need for that document to be produced in color images

**5.** **Bates Numbering.** Each page of a document produced under paragraph 2 above shall have a legible, unique page identifier ("Bates Number") electronically "burned" onto the image at a location that does not obliterate, conceal, or interfere with any information from the source document, preferably located at the bottom right hand corner of the document.  There shall be no other legend or stamp placed on the document image unless a document qualifies for confidential treatment pursuant to the terms of the Protective Order in this litigation, or has been redacted in accordance with applicable law or Court order.  In the case of confidential materials or materials redacted in accordance with applicable law or Court order, a designation may be "burned" onto the document's image at a location that does not obliterate or obscure any information from the source document.  The Bates Number sequence shall be entirely alphanumeric, with no spaces or symbols.

**6.** **File Naming Conventions.** Each such document image file shall be named with the unique Bates Number of the single-page TIFF image, followed by the extension ".tif."

**7.** **Electronic Text Files.** Each page of a document produced under paragraph 2 above shall include a text file reflecting the full text that has been electronically extracted from the original, native electronic files ("Extracted Text"). The Extracted Text shall be provided in ASCII text format and shall be labeled and produced on Production Media in accordance with the provisions of paragraph 8.  Each text file will be the text that corresponds to each single page TIFF image, and will be named with the same Bates Number as its corresponding single page TIFF file, except that the Extracted Text file name will be followed by the extension ".txt." Each Extracted Text file will be placed in the same file directory as its corresponding TIFF image file.  Redacted documents may not have extracted text files.  The parties shall meet and confer regarding any disagreement about inclusion of extracted text.

**8.** **Production Media.** Defendant shall produce documents on CD-ROM, DVD, external hard drive (with standard PC compatible interface) or such other readily accessible computer or electronic media as the parties may hereafter agree upon (the "Production Media"). Each item of Production Media shall identify a production number corresponding to the production

---

PDF created with pdfFactory trial version www.pdffactory.com

"wave" the documents on the Production Media are associated with (e.g., "PF0001," "PF002"), as well as the volume of the material in that production wave (e.g., "-001," "-002"). For example, if the first production wave by Defendant comprises document images on three hard drives, Defendant shall label each hard drive in the following manner: "PF001-001," "PF001-002," "PF001-003." Additional information that shall be identified on the physical Production Media shall include: (1) text referencing that it was produced in [Case Docket No.], (2) the producing party's name, (3) the type of materials on the media (e.g., "Documents," "OCR Text," "Objective Coding," etc.), (4) the production date, (5) the Bates Number range of the materials contained on the Production Media and (6) the document custodian for each Bates Number range of materials.

     **9.**    **Databases and Other Dynamically-Stored ESI.** The parties shall meet and confer regarding the format of production for databases and other dynamically-stored ESI.

     **10.**    **Software Applications to Access Databases and Other Dynamically-Stored ESI.** The parties shall meet and confer regarding the format of production for databases and other dynamically-stored ESI.

     **11.**    **Other Files.** The parties shall meet and confer to determine whether certain files, including Excel and spreadsheet files, video files and audio files need to be produced in native format, including all metadata and metadata files.

     **12.**    **Original Documents.** Defendant shall retain and preserve the original native electronic source documents in a manner so as to preserve the metadata associated with these electronic materials in the event review of such metadata is warranted. Plaintiff reserve the right to seek all documents in their native format. Defendant reserve the right to object to producing any document in native format, and to object to producing the same electronically stored information in more than one form.

---

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 15, 2008

By: */s/ Jonathan Shub*

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax      (215) 851-8029

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone:  (310) 854-4444
Fax:      (310) 854-0812

Attorneys for Plaintiff ADAM NELSON

PDF created with pdfFactory trial version www.pdffactory.com

1

2  DATED: September 15, 2008

3                                              By: */s/ Irene C. Freidel*

4                                              **K&L GATES LLP**
                                               R. Bruce Allensworth (admitted *pro hac vice*)
5                                              bruce.allensworth@klgates.com
                                               Irene C. Freidel (admitted *pro hac vice*)
6                                              irene.freidel@klgates.com
                                               David D. Christensen (admitted *pro hac vice*)
7                                              david.christensen@klgates.com
                                               State Street Financial Center
8                                              One Lincoln Street
                                               Boston, Massachusetts 02111
9                                              Phone:   (617) 261-3100
                                               Fax:     (617) 261-3175
10
                                               MATTHEW G. BALL (SBN 208881)
11                                             matthew.ball@klgates.com
                                               55 Second Street, Suite 1700
12                                             San Francisco, California  94105-3493
                                               Phone: (415) 882-8200
13                                             Fax: (415) 882-8220

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  DATED:  September 16, 2008

18                                             /s/ Gary S. Austin
                                               Gary S. Austin
19                                             United States Magistrate Judge

20

21

22

23

24

25

26

27

28

---

**STIPULATED E-DISCOVERY PROTOCOL**          6          **Case No. 08-cv-00678-OWW-GSA**

PDF created with pdfFactory trial version www.pdffactory.com