UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADAM NELSON, individually and behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 08-cv-00678-OWW-GSA<br><br>**ORDER GRANTING ASSENTED TO MOTION TO ENLARGE DISCOVERY CONFERENCE AND JOINT DISCOVERY STATEMENT** |

## ORDER GRANTING ASSENTED TO MOTION TO ENLARGE DISCOVERY CONFERENCE AND JOINT DISCOVERY STATEMENT

UPON CONSIDERATION of Guild Mortgage Company's Assented To Motion to Enlarge Discovery Conference and Joint Discovery Statement, it is hereby ORDERED that:

1. Guild Mortgage Company's Assented To Motion to Enlarge is GRANTED; and

2. The discovery conference currently scheduled for November 14, 2008, is continued until December 19, 2008; at 8:15 AM; and

3. The time in which the parties must file a joint discovery statement is enlarged to, and including, December 3, 2008.

SO ORDERED this seventh day of October, 2008.

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com