Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300; Fax: (215) 851-8029

Miriam L. Schimmel (SBN 185089)
mschimmel@seegerweiss.com
**SEEGER WEISS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax:  (818) 867-4820

David M. Arbogast, Esq. (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax:(818) 867-4820

Attorneys for Plaintiff, ADAM NELSON,
and all others Similarly Situated

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
**K & L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 951-9154 (phone)
(617) 261-3175 (fax)

Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
**K & L GATES LLP**
55 Second Street, Suite 1700
San Francisco, CA  94105-3492
Phone: (415) 882-8200
Fax:    (415) 882-8220

Attorneys for Defendant, GUILD MORTGAGE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| ADAM NELSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GUILD MORTGAGE COMPANY, and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | **CASE NO. 1:08-CV-00678 - OWW-GSA**<br><br>[Assigned to the Hon. Judge Oliver W. Wanger]<br><br><u>CLASS ACTION</u><br><br>**JOINT DISCOVERY STATEMENT AND STIPULATION REQUESTING CONTINUANCE OF DISCOVERY CONFERENCE; ORDER**<br><br>Discovery Conference:<br>Date:　December 19, 2008<br>Time:　8:15 a.m.<br>Place:　Courtroom #3 (7th floor)<br><br>Trial Date: Not yet set. |

---

JOINT DISCOVERY STATEMENT AND STIPULATION SEEKING CONTINUANCE OF DISCOVERY CONFERENCE
**-** 1:08-CV-00678 - OWW-GSA

WHEREAS, on October 9, 2008, the Court ordered the parties to submit a Joint Discovery Statement, advising the court of the status of discovery, by December 3, 2008 in preparation for the Discovery Conference on December 19, 2008.

WHEREAS, the parties timely served the required disclosures within 14 days after the Rule 26 Conference.

WHEREAS, the parties have agreed upon a Joint Stipulation covering the production of Electronically Stored Information.

WHEREAS, Plaintiff propounded his First Set of Interrogatories and Requests for Production of Documents to Defendant on September 8, 2008. With the agreement of Plaintiff's counsel, defendant served its written responses on November 12, 2008. Plaintiff is proceeding with the meet and confer process on several of defendant's responses.

WHEREAS, Defendant propounded its First Set of Interrogatories and Request for Production of Documents to Plaintiff on September 18, 2008. With the agreement of defendant's counsel, plaintiff served his written responses thereto on November 3, 2008.

WHEREAS, both parties are in the process of completing production of their responsive, non-privileged documents to the requests.

WHEREAS, Defendant has noticed and will be taking the deposition of Plaintiff on December 12, 2008.

WHEREAS, the parties believe that discovery has been proceeding in a reasonable manner since the Rule 26 Conference, and at this time, discovery disputes do not currently exist that require the Court's involvement.

WHEREAS, the parties agree that it would be a more efficient use of the Court's time if the Discovery Conference was continued so that the parties could complete the current discovery that is

underway and determine what outstanding issues or disputes, if any, exist prior to the Conference. If the parties determine that a dispute exists that requires Court involvement, they will promptly notify the Court and request a conference.

WHEREAS, based on the current state of discovery, agreement of the parties, and interests of judicial economy and efficiency, the parties believe that good cause exists for the requested continuance.

**IT IS THEREFORE STIPULATED** by and between Plaintiff and Defendant that the Discovery Conference be continued from December 19, 2008 and be rescheduled upon request of the parties as needed.

**IT IS SO STIPULATED.**

DATED: December 03 , 2008                              **SEEGER WEISS LLP**


By:      /s/ Jonathan Shub
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax:    (215) 851-8029

Miriam L. Schimmel (SBN 185089)
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:    (818) 867-4820

**ARBOGAST & BERNS LLP**
David M. Arbogast, Esq. (SBN 167571)
Jeffrey K. Berns, Esq. (SBN 131351)
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000;
Fax:    (818) 867-4820

Attorneys for Plaintiff, ADAM NELSON, and all others Similarly Situated

/ / /

/ / /

DATED: December 03, 2008    **K & L GATES LLP**

By:    /s/ Irene C. Freidel
*(electronic signature affixed with permission)*

Matthew G. Ball
55 Second Street, Suite 1700
San Francisco, CA  94105-3492
Phone: (415) 882-8200
Fax:    (415) 882-8220

Irene C. Freidel
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
Phone: (617) 951-9154
Fax: (617) 261-3175

Attorneys for Defendant, Guild Mortgage Company

**ORDER**

Pursuant to the Stipulation of counsel, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Discovery Conference currently set for December 19, 2008 is continued, to be set upon joint request of the parties.

2. The parties are ordered to submit an updated Joint Discovery Statement to the Court if needed.

**IT IS SO ORDERED.**

Dated: December 5, 2008    /s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
District Court Judge

-4-
JOINT DISCOVERY STATEMENT AND STIPULATION SEEKING CONTINUANCE OF DISCOVERY CONFERENCE **-** 1:08-CV-00678 - OWW-GSA