UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADAM NELSON, individually and behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 08-cv-00678-OWW-GSA |

## ORDER OF DISMISSAL

The parties having filed their Joint Stipulation of Dismissal of this action, the Court hereby dismisses this action with prejudice as to plaintiff's individual claims and without prejudice as to the putative class members' claims, pursuant to said Stipulation.  Each party shall bear its own costs and expenses.

DONE this 4th day of August, 2009.

So ordered:


/s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge